# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| State v. Spearman | SCWC–11–0000702 | 03/08/2013 | Denied | 127 Hawai'i 414, 279 P.3d 79 |